UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUITY FORWARD,                        )
                                       )
                    Plaintiff,         )        Civil Action No.: 18-1090 (EGS)
                                       )
          v.                           )
                                       )
UNITED STATES DEPARTMENT OF            )
HEALTH AND HUMAN SERVICES,             )
                                       )
                    Defendant.         )
_____)

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 13, 2020, the parties, by and through their undersigned counsel, respectfully submit the following report concerning the status of Defendant's production efforts:

1.      In May 2020, Defendant processed 956 pages of potentially responsive material and made a production of non-exempt responsive materials on May 29, 2020.

2.      In June 2020, Defendant processed 1,011 pages of potentially responsive material and made a production of non-exempt responsive materials on June 30, 2020.

3.      In July 2020, Defendant processed 1,154 pages of potentially responsive material and made a production of non-exempt responsive materials on July 31, 2020.

4.      To date, Defendant has processed 22,728 pages of potentially responsive material and there are now approximately 19,446 pages left to be processed.

5.      Defendant anticipates that it can continue to process 750 pages per month and provide Plaintiff with non-exempt, responsive information on a rolling basis.  Defendant believes that it can continue to provide this material every month until complete.

6.      In light of the foregoing, the parties propose filing a further Joint Status Report on November 10, 2020, setting forth the status of Defendant's response to Plaintiff's Freedom of Information Act request. A proposed order accompanies this Joint Status Report.

Dated: August 10, 2020                          Respectfully submitted,

                                                /s/ _____
                                                DAVID L. SOBEL
                                                5335 Wisconsin Avenue, NW
                                                Suite 640
                                                Washington, DC 20015-2052
                                                (202) 246-6180
                                                Fax: (415) 436-9993

                                                *Attorney for Plaintiff*


                                                MICHAEL R. SHERWIN
                                                Acting United States Attorney

                                                DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                Chief, Civil Division

                                   By:          /s/  *Derek S. Hammond*
                                                DEREK S. HAMMOND, D.C. Bar No. 1017784
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2511
                                                Derek.hammond@usdoj.gov

                                                *Counsel for Defendant*

2